Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marovich | Sitting Judge if Other than Assigned Judge | Leinenweber |
|---|---|---|---|
| CASE NUMBER | 98 CR 125 - 2 | DATE | 5/9/2000 |
| CASE TITLE | United States of America vs. Robyn Lynn Johnson | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry]   By agreement, the warrant for defendant Robyn Lynn Johnson arrest is quashed and the rule to show cause is withdrawn.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | Document Number |
|---|---|---|---|
| | No notices required. | number of notices | |
| | Notices mailed by judge's staff. | MAY 1 0 2000 | |
| | Notified counsel by telephone. | date docketed | 40 |
| ✓ | Docketing to mail notices. | docketing deputy initials | |
| | Mail AO 450 form. | | |
| | Copy to judge/magistrate judge. | | |
| WAP | courtroom deputy's initials | 00 MAY 10 AM 8:31 Date/time received in central Clerk's Office | date mailed notice mailing deputy initials |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
 )  No. 98 CR 125-02
v. )  Judge Harry D. Leinenweber
 )
ROBYN LYNN JOHNSON )

### AGREED ORDER

By agreement of the parties, and pursuant to the recommendation of the United States Probation Officer in the District of Minnesota responsible for supervising the defendant in this case, the warrant for defendant's arrest is quashed and the rule to show cause is withdrawn.

SO ORDERED.

HARRY D. LEINENWEBER
United States District Judge

Date: May 9, 2000

