Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George M. Marovich | Sitting Judge if Other than Assigned Judge | Wayne R. Andersen |
|---|---|---|---|
| CASE NUMBER | 98 CR 125 - 2 | DATE | 6/22/2001 |
| CASE TITLE | United States of America vs. Robyn Lynn Johnson | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Agreed oral motion for issuance of bench warrant

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Motion is granted. Order bench warrant issued as to Robyn Lynn Johnson for violation of supervised release. Bench warrant is stayed until Monday, 6/25/2001 @ 4:30 p.m.

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | number of notices | Document Number |
| | No notices required. | JUN 22 2001 | | |
| | Notices mailed by judge's staff. | | JUN 22 2001 date docketed | |
| | Notified counsel by telephone. | | | |
| ✓ | Docketing to mail notices. | | docketing deputy initials | 42 |
| | Mail AO 450 form. | | | |
| ✓ | Copy to judge/magistrate judge. Marovich | FILED FOR DOCKETING 01 JUN 22 PM 12: 50 | date mailed notice | |
| TSA | courtroom deputy's initials tsa | Date/time received in central Clerk's Office | mailing deputy initials | |