UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 98 CR 125-2 |
| | ) | |
| ROBYN JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

**SATISFACTION OF JUDGMENT**

Judgment was entered for the United States, and against the defendant, Robyn Johnson, in the above-entitled cause in the United States District Court, for the Northern District of Illinois. The judgment in the amount of $700 has been satisfied.

    Respectfully submitted,

    ZACHARY T. FARDON
    United States Attorney


  By: s/ Joseph A. Stewart
   JOSEPH A. STEWART
   Assistant United States Attorney
   219 South Dearborn Street
   Chicago, Illinois  60604
   (312) 469-6008
   joseph.stewart@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

SATISFACTION OF JUDGMENT

was served pursuant to the district court's ECF system as to ECF filers, if any, and will be mailed within five business days of this release being filed., to the following non-ECF filers:

Robyn Johnson

By: s/ Joseph A. Stewart
JOSEPH A. STEWART
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois  60604
(312) 469-6008
joseph.stewart@usdoj.gov